ALTER & BRESCIA, LLP
*Proposed Attorneys for the Debtor*
550 Mamaroneck Avenue, Suite 401
Harrison, New York 10528
(914) 670-0030
Bruce R. Alter, Esq.
Dana P. Brescia, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

In re:                                          Chapter 11

    Barton Properties New York LLC          Case No. 16-_____(rdd)

                Debtor.

-------------------------------------------------------------X

**DECLARATION OF BENJAMIN BARTON
PURSUANT TO LOCAL BANKRUPTCY RULE 1007-2**

STATE OF NEW YORK          )
                                 )ss.:
COUNTY OF WESTCHESTER      )

    Benjamin Barton, being duly sworn, deposes and says:

    1.    I am the managing member and sole shareholder of Barton Properties New York LLC (the "Debtor"). As such, I am familiar with the Debtor's operations, business and financial affairs.

    2.    I submit this Declaration pursuant to Rule 1007(d) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 1007-2 of the Local Rules for the United States Bankruptcy Court for the Southern District of New York (the "Local Rules").

**Local Rule 1007-2(a)(1)**

    3.    The Debtor is a single asset real estate entity that owns a 4500 square foot commercial building located at 7 Willow Street, Rye New York and a parking lot across the street located at 10 Willow Street, Rye, New York (the "Properties").

4.   The Properties have an approximate fair market value of $1,300,000 and are subject to a mortgage, held by Titan Capital ID, LLC ("Titan" or "Lender") in the approximate amount of $831,577.80 (the "Mortgage").

5.   The Debtor owes real estate taxes to the Town of Rye, Receiver of Taxes for the 7 Willow Street Property in the amount of $22,270.99 and for the 10 Willow Street Property in the amount of $1,326.99.

6.   The Debtor is in the process of obtaining insurance for the Properties. Debtor has no tenant and derives no income from the 7 Willow Street Property. Debtor receives approximately $300.00 a month from the parking lot. No written leases for the parking lot exist.

7.   The Debtor's bankruptcy filing was necessitated by the anticipated sale of the properties scheduled for December 15, 2016 pursuant to Judgment of Foreclosure and Sale dated November 3, 2016 and entered in the Westchester County Clerk's Office on November 4, 2016 (the "Judgment") in the matter entitled Titan Capital ID, LLC –against- Barton Properties New York LLC, et.al. (the "State Court Foreclosure Action"). The Debtor has no secured creditors, other than Titan.

8.   The Debtor has no priority creditors, other than the aforementioned tax claims with the Town of Rye.

9.   The Debtor believes its only unsecured creditors are United Water Company and Con Edison, with total unsecured claims in the approximate amount of $600.00.

10.   The Debtor intends to immediately market the Properties for sale for an amount which will enable the Debtor to pay all of its obligations in full.

**Local Rule 1007-2(a)(2)**

11.   This case was not originally commenced under Chapter 7 or 13 of Title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (the "Bankruptcy Code").

**Local Rule 1007-2(a)(3)**

12. Upon information and belief, no committee was organized prior to the order for relief in this Chapter 11 case.

**Local Rule 1007-2(a)(4)**

13. A list of the names and addresses of the Debtor's 20 largest unsecured claims, excluding "insiders" as that term is defined in §101(31) of Bankruptcy Code is annexed hereto as **Schedule I**.

**Local Rule 1007-2(a)(5)**

14. A list of the names and addresses of the five largest secured creditors is annexed hereto as **Schedule II**.

**Local Rule 1007-2(a)(6)**

15. A summary of the Debtor's assets and liabilities is annexed as **Schedule III**

**Local Rule 1007-2(a)(7)**

16. There are no publicly held securities of the Debtor.

**Local Rule 1007-2(a)(8)**

17. There is no receiver.

**Local Rule 1007-2(a)(9)**

18. The Debtor operates from 4 Taft Street, Unit C1, Norwalk, CT 06854.

**Local Rule 1007-2(a)(10)**

19. The Debtor's substantial assets are located at 7 Willow Street, Rye New York and 10 Willow Street, Rye, New York and the books and records are located at 4 Taft Street, Unit C1, Norwalk, CT 06854.

**Local Rule 1007-2(a)(11)**

20. There are no actions pending against the Debtor.

**Local Rule 1007-2(a)(12)**

21. The Debtor's senior management consists of Benjamin Barton, its managing member.

**LocalRule1007-2(b)(1)**

22. Debtor has no employees (exclusive ofofficersanddirectors).

**LocalRule1007-2(b)(2)**

23. Theestimatedamounttobepaidforservicestoitsofficersanddirectorsforthe thirty(30)dayperiod following the filingoftheChapter11petitionis$0.00.

**LocalRule1007-2(b)(3)**

24. Theestimatedscheduleofcashreceiptsanddisbursementsforthethirty(30)day period following the filing oftheChapter11petition,netcashgainorloss, obligations and receivables expectedtoaccruebut remaining unpaid,otherthan professional feesisannexedas **ScheduleIV**.

## CONCLUSION

25. TheDebtorbelievesitisinthebestinterestsofallofitscreditorsthatitbe affordedanopportunityto sell the Properties for the highest and best offer andreorganize/pay off its obligationsinChapter11.

26. TheneedsandinterestsoftheDebtoranditscreditorswillbestbeservedbythe Debtor'spossessionofitsassetsandmanagementofitsaffairsasaDebtor-in-Possessionunder Chapter11untilconfirmationofareorganizationplan or payment in full of its obligations through a sale of the Properties.

Pursuant to 28 U.S.C. §1746, I declare under the penalty of perjury that the foregoing is true and correct.

Dated: Harrison, New York
December 14, 2016

                                         ___*/s/ Benjamin Barton*_____
                                         Benjamin Barton, Managing Member

                                         Sworn to before me this
                                         14th day of December, 2016
                                         __*/s/ Bruce R. Alter*_____
                                         Bruce R. Alter
                                         Notary Public, State of New York
                                         No. 02AL000053515
                                         Qualified in Westchester County
                                         Commission Expires 8/31/2017

## ScheduleI

## ListofDebtor's20LargestUnsecuredCreditors

| | |
|---|---|
| Town or Rye Receiver of Taxes | $22,271.00 |
| Town or Rye Receiver of Taxes | $1, 327.00 |
| United Water Company | $300.00 |
| Con Edison | $300.00 |

## Schedule II

## List of Debtor's 5 Largest Secured Creditors

Titan Capital ID, LLC                                      $831,577.80 (Disputed)
19 Ludlow Road, Suite 301
Westport, CT  06880

## Schedule III

### Debtor's Balance Sheet as of December 14, 2016

**ASSETS:**

| | |
|---|---|
| Land and Buildings | $1,300,000 |
| TOTAL ASSETS: | $1,300,000 |

**LIABILITIES:**

| | |
|---|---|
| First Mortgage (Disputed) | $831,577 |
| Town of Rye Receiver of Taxes | |
| - 7 Willow Street | $22,270 |
| - 10 Willow Street | $1,327 |
| Utilities Payable | $600 |
| TOTAL LIABILITIES: | $855,774 |

**Schedule IV**
**30 Day Budget**

**CASH RECEIPTS:**
Rental Income                    $300.00

TOTAL RECEIPTS:                  $300.00

**EXPENSES:**
Insurance                        $  200
Electric                         $100
Water                            $100
RE Taxes                         $4,000

TOTAL EXPENSES                   $4,400.00